IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GREG GARCIA, et al.** | § | |
| **v.** | § | Case No. 4:15-CV-963 Y |
| **FTS, INTERNATIONAL SERVICES, LLC** | § | |

## ORDER GRANTING MOTION FOR PARTIAL DISMISSAL

Before the Court is Plaintiffs' Unopposed Motion for Voluntary Non-Suit of Certain Opt-In Plaintiffs (doc. 142).[1] Based on the complaint on file and the briefs and arguments of the parties, the Court concludes that the motion should be GRANTED. It is therefore ORDERED that plaintiffs David Armendariz, Richard Botello, Allen Friend, Daniel Frith, Gil Martinez Jr., Gary O'Bryant, and Jerald Thomas Jr. are dismissed from this action without prejudice.

SIGNED June 20, 2017.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive a paper copy of the motion. Counsel are reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion. *See* N.D. Tex. L. Civ. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C).